## WHITTLESEY V. THE STATE, EX REL. MONNELLE.

### *Mandamus.*

(Decided April 2, 1907.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

McINTOSH & RITCH, and H. PILLANS, for appellant.

GREGORY L. & H. T. SMITH, for appellee.

Per Curiam.—Appeal dismissed.

---

## WILKERSON V. THE STATE.

### *Sending Threatening Letter.*

(Decided Feb. 14, 1907.)

APPEAL from Geneva County Court.

Heard before Hon. P. N. HICKMAN.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by SIMPSON, J.

Affirmed.

TYSON, C. J., HARALSON and DENSON, JJ., concur.